### PLINY F. JOHNSON *vs.* LUTHER SHOVE & another.

An action for a malicious prosecution cannot be commenced before the end of the term of court to which the plaintiff was bound over to answer for the crime alleged, even after the grand jury have been dismissed without finding an indictment against him.

ACTION OF TORT for a malicious prosecution of the plaintiff on a charge of larceny.   At the trial in the court of common pleas, there was evidence that the plaintiff was bound over by a justice of the peace to answer said charge at the next term of the court of common pleas ; and that at that term the grand jury investigated the charge, and found no bill against the plaintiff, and were dismissed, but that this action was commenced before the final adjournment of that term.   And the judge ruled that, as this action was brought before the final adjournment of that court, it could not be maintained.   The jury returned a verdict for the defendants, and the plaintiff alleged exceptions.

*C. E. Pratt*, for the plaintiff.

*H. Chapin & P. P. Todd*, for the defendants, were stopped

BY THE COURT, who                 *Overruled the exceptions.*